UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
*Lynchburg Division*

In Re:

PAMELA DENISE MORRIS,

    Debtor.                                                                 Case No: 23-61039

ARVEST BANK,

    Movant,                                                                  Chapter 13

v.

PAMELA DENISE MORRIS,
ANGELA M. SCOLFORO, Trustee,

    Respondents.

## CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1

The undersigned counsel hereby certifies to the Court that on March 11, 2025 a true copy of the Order entered on the docket in the above-styled matter on March 7, 2025 was mailed to all necessary parties who have not received electronic notice of the entry of same from this Court.

Dated: March 11, 2025

                                                          /s/ *Mengkun Chen*
                                                    _____
                                                    Robyn D. Pepin, VSB #77784
                                                    Alexander M. A. Rivera, VSB #98374
                                                    Mengkun Chen, VSB #95725
                                                    Glasser and Glasser, P.L.C.
                                                    Crown Center, Suite 600
                                                    580 East Main Street
                                                    Norfolk, Virginia 23510
                                                    (757) 625-6787
                                                    rpepin@glasserlaw.com
                                                    arivera@glasserlaw.com
                                                    mchen@glasserlaw.com
                                                    *Attorneys for Movant*



SIGNED THIS 7th day of March, 2025

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

In re:　　　　　　　　　　　　　　　　）
　　Pamela Denise Morris　　　　　　）　**Case No: 23-61039**
　　　　　　　　　　　　　　　　　　）　**Chapter 13**
　　　　　　　　　　　　Debtor(s).　）

## ORDER CONTINUING MATTER(S)

This matter is before the Court on:

☐　Confirmation of the debtor's (hereinafter, either singularly or collectively, the "debtor") proposed Chapter 13 plan, or approval of any modifications thereto, and any objections thereto;

☐　The trustee's motion to dismiss, related response and any related application for fees;

☐　A motion for relief filed by Creditor's Name and any responses thereto;

☒　Other pleading: Notice of Default filed 01/22/2025, Docket Entry # 56

For cause, it is hereby **ORDERED**:

1. ☒　The hearing on the above referenced matters is:

　　☒(a)　**CONTINUED** to **Wednesday, May 7, 2025 at 9:30 am**

　　☐(b)　**CONTINUED** to the same date and time as any hearing on the modified plan to be filed as required in paragraph 6 below.

　　Regardless of either option selected above, if any pleading seeks to extend, impose, lift or modify the automatic stay and is continued by the terms of this Order, then the automatic stay shall also remain in effect through the continued hearing date as set forth herein.

　　**LOCATION: The hearing shall be held:**
　　Choose a location

2. ☐     At any continued hearing related to confirmation of the plan, approval of a modified plan, or motion to dismiss, upon cause shown by any party, the court may dismiss the case.

3. ☐     The trustee must receive a payment of $ Dollar Amount   in collected funds such that the amount must post to the trustee's account on or before   Post Date.  If the trustee does not timely receive the payment, then:

      a. ☐ Upon the trustee's certification, the debtor shall have fourteen (14) days to file a response, and if one is filed it shall be heard at the continued date and time provided in paragraph one, however, if no response is filed within fourteen (14) days, then the case shall be dismissed.

      b. ☐ Upon the trustee's certification, the case shall be dismissed without further notice or hearing.

      c. ☐ The debtor shall appear at the time and location stated in paragraph one and show cause why the case should not be dismissed.

4. ☐     Counsel for the debtor shall submit a wage deduction order to the court no later than   WDO submission date   or the debtor shall appear at the continued hearing date to show cause why no wage deduction order should be entered.

5. ☐     Confirmation of the debtor's pending Chapter 13 plan is **DENIED**.

6. ☐     The debtor shall have until   File amended plan by   to file a modified plan.  Upon failure to do so, or to request an extension of time prior to the due date for the modified plan, this case shall be dismissed without further notice or hearing.

Should a modified plan be timely filed, counsel shall serve it in accord with existing procedures and orders of this Court.

7. ☐     Should the trustee be prepared to recommend confirmation, a confirmation order may be submitted for entry prior to the continued hearing provided that the confirmation order is endorsed by every party having filed an objection to confirmation.

8. ☒     Other provisions:

The debtor shall have until May 6, 2025 to bring current all the regular postpetition mortgage payments then due Arvest Bank, including but not limited to curing the default identified in the Notice of Default filed herein on January 22, 2025 in full.  If the debtor fails to cure the default identified in the Notice of Default in full by May 6, 2025, or the debtor has further default beyond the Notice of Default by then, Arvest Bank shall be granted immediate relief at the hearing on May 7, 2025.

This Order shall be provided electronically via CM/ECF upon all parties who filed the pleadings, responses or appearances.  Debtor's counsel shall provide the Debtor with a copy of this Order via first class mail, postage prepaid.  If a party appearing in any of the matters referenced above is not registered for CM/ECF or appears pro se, then Debtor's counsel shall ensure a copy of the Order is mailed first class mail, postage prepaid.

**END OF ORDER**

We consent:

| /s/ *Angela M. Scolforo* | /s/ *Marshall M. Slayton* |
| *by Mengkun Chen pursuant to written authorization* | *by Mengkun Chen pursuant to written authorization* |
| Chapter 13 Trustee | Debtor's counsel |
|  | 913 East Jefferson Street |
| (if applicable): | Charlottesville, VA 22902 |
| /s/ *Mengkun Chen* | 434-979-7900 |
| Counsel for:   Arvest Bank | marshall@marshallslayton.com |